SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MAL KIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MAL KIM, | Case No.: 2:19-cv-10662-VAP (JCx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| YASMIN BHOTA D/B/A YASMIN BOUTIQUE; KARAN ALIKHAN, LLC; DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff Mal Kim ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  September 18, 2020         **SO. CAL EQUAL ACCESS GROUP**

                                                            _/s/ Jason J. Kim_
                                                            JASON J. KIM
                                                            Attorney for Plaintiff