JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| MAL KIM,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>YASMIN BHOTA, et al.,<br><br>　　　　　Defendants. | Case No. CV 19-10662-VAP (JCx)<br><br>**ORDER OF DISMISSAL** |

　　The Court having been advised by counsel for the parties that the above-entitled action has settled,

　　IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

　　THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  September 25, 2020



VIRGINIA A. PHILLIPS
United States District Judge

1